# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JACQUELINE PAYNE** | ) | CASE NO. 5:17-CV-00428-BYP |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| **OFFICER MICHAEL KREJCI**, *et al.,* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Notice is hereby given that the parties have reached an agreement to settle the above-captioned matter. The settlement cannot be finalized, however, until Medicare provides notice of its position with regard to any lien it may claim on the settlement proceeds. The parties will notify the Court once notice is received and the matter is resolved.

    /s/ Lorraine R. Baumgardner
J. MICHAEL MURRAY (0019626)
jmmurray@bgmdlaw.com
LORRAINE R. BAUMGARDNER (0019642)
lbaumgardner@bgmdlaw.com
WILLIAM C. LIVINGSTON (0089538)
wlivingston@bgmdlaw.com
BERKMAN, GORDON, MURRAY & DeVAN
55 Public Square, Suite 2200
Cleveland, Ohio 44113-1949
(216) 781-5245
(216) 781-8207 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on July 10, 2017, the foregoing Certification of Service was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Lorraine R. Baumgardner
LORRAINE R. BAUMGARDNER (0019642)
BERKMAN, GORDON, MURRAY & DeVAN

One of the Attorneys for Plaintiff