## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **JACQUELINE PAYNE** | ) | CASE NO. 5:17-CV-00428-BYP |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | **STIPULATION AND ORDER FOR** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| **OFFICER MICHAEL KREJCI**, *et al.,* | **)** | |
| | ) | |
| Defendants. | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned

matter has been settled and should be dismissed with prejudice as against all Defendants at the

costs of said Defendants. The Court may enter an order accordingly, notice by the Clerk being

hereby waived.

IT IS SO ORDERED.


                                        _____
                                             JUDGE BENITA PEARSON

| | |
|---|---|
| /s/ Lorraine Baumgardner | /s/ James A. Climer |
| LORRAINE R. BAUMGARDNER (0019642) | JAMES A. CLIMER (0001532) |
| lbaumgardner@bgmdlaw.com | jclimer@mrrlaw.com |
| BERKMAN, GORDON, MURRAY & DeVAN | 100 Franklin's Row |
| 55 Public Square, Suite 2200 | 34305 Solon Road |
| Cleveland, Ohio  44113-1949 | Cleveland, OH 44139 |
| (216) 781-5245 | (440) 248-7906 |
| (216) 781-8207 (fax) | (440) 248-8861 – Fax |
| | |
| Attorney for Plaintiff | Attorney for Defendants Officer Krejci and Officer Fidoe |

/s/ James M. Popson
James M. Popson (0072773)
jpopson@sutter-law.com
SUTTER O'CONNELL
3600 Erieview Tower
1301 East 9th Street
Cleveland, Ohio 44114
Phone: (216) 928-2200
Fax: (216) 928-4400
Attorneys for the City of Twinsburg

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2017, the foregoing Stipulation and Order for Dismissal With Prejudice was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Lorraine R. Baumgardner
LORRAINE R. BAUMGARDNER (0019642)
BERKMAN, GORDON, MURRAY & DeVAN

Attorney for Plaintiff